IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEWELL LEE THOMAS, <br> TDCJ No. 2350417, <br><br> *Petitioner*, <br><br> v. <br><br> DIRECTOR, TDCJ-CID, <br><br> *Respondent*. | §§§§§§§§§§§ | Civil Action No. 3:23-CV-468-X-BN <br><br> (Consolidated with: <br> No. 3:23-cv-469-X) |

**MEMORANDUM OPINION AND ORDER**
**DENYING MOTION FOR RECONSIDERATION**

Before the Court is Plaintiff Jewell Lee Thomas's motion for reconsideration. (Doc. 26). Thomas filed this motion after continuing to pursue his claims at the state level and running into delays. However, the Court's reasoning in the adopted opinion at Doc. 20 still apply: Thomas must fully exhaust state remedies before seeking federal habeas relief. *See* 28 U.S.C. § 2254(b)(1)(A); *Loynachan v. Davis*, 766 F. App'x 156, 159 (5th Cir. 2019). Thomas writes in his motion that the Texas Court of Criminal Appeals "has not responded or otherwise made a ruling" on his claims.[1] Therefore, federal court is not the proper forum. His motion for reconsideration is **DENIED**.

---

1 Doc. 26 at 3.

1

**IT IS SO ORDERED** this 16th day of October, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE